UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY d/b/a ADM GRAIN CO.<br><br>VERSUS<br><br>M/V STAR BIANCA, her engines, tackle, apparel, etc., *in rem* | CIVIL ACTION NO.:<br><br>SECTION ___ \| DIVISION ___<br><br>JUDGE<br><br>MAGISTRATE |

**<u>COMPLAINT</u>**

The Complaint of Plaintiff, Archer Daniels Midland Company d/b/a ADM Grain Co. ("ADM Grain"), against Defendant, M/V STAR BIANACA, *in rem*, in a cause of action under 46 U.S.C. § 31342 and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, avers as follow:

1.

At all times hereinafter, Plaintiff, ADM Grain, was and is now a corporation organized under the laws of the state of Delaware with its principal place of business located in Illinois, who is authorized to do business within the State of Louisiana.

2.

At all times hereinafter, Defendant, M/V STAR BIANCA (the "Vessel"), was and is now a bulk carrier bearing IMO No. 9370769 with an overall length of 229 meters, a breadth of 32 meters, and flying under the flag of Cayman Islands. The vessel is currently be in the jurisdiction of the Eastern District of Louisiana.

3.

This is a claim, *in rem*, under the maritime jurisdiction of the United States and this Honorable Court in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty & Maritime Claims.

4.

On or about February 1, 2019 through February 7, 2019, the Vessel entered ADM Grain's berth at AMA in order to load the Vessel with cargo. Prior the entering the berth, the Master of the Vessel signed a Berth Application on behalf of the Vessel and its owners in which the Vessel and its owners agreed to follow and comply with all rules and regulations in ADM Grain Company Elevator Tariff No. 7 (the "Tariff").

5.

ADM Grain Company Elevator Tariff No. 7 specifically states that the user of ADM Grain's berth, the Vessel, is responsible for paying all charges incurred by the Vessel at the berth, as set forth in the Tariff, including, but not limited to charges for tugs.

6.

While in the berth, the Vessel used the assistance of tugs incurring charges in the amount of approximately $235,173. The owners/operators of the Vessel partially paid these tug charges, but an outstanding balance of $188,124 still remains. To date, ADM Grain has still not received any payment for this outstanding balance despite demand for same.

7.

The tug services provided to the Vessel constitutes necessaries which give rise to a maritime lien under the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq*.

- 3 -

WHEREFORE, Plaintiff, ADM Grain, Inc. prays that:

1. A copy of the Verified Complaint be served upon the Vessel, *in rem*;

2. All persons claiming any right, title, or interest in the Vessel her engines, boilers, tackle, appurtenances, etc., be summoned to appear, file their claim, as owner, and to answer under oath all and singular the matters aforesaid, and that after due proceedings, said Vessel be condemned and sold to pay the demands aforesaid, with interest costs, and disbursements;

3. That the Court recognize a maritime lien against the Vessel, *in rem*, in favor of ADM Grain for an amount in excess of normal rates or, alternatively in the amount of approximately $188,124, plus interest;

4. That a Warrant of Arrest be issued calling for the Vessel to be seized to satisfy Plaintiff's claim; and

5. That Judgment be entered in favor of ADM Grain against the Vessel, *in rem*, at least in the amount of $188,124, together with all other amounts shown at trial including, but not limited to, interest and attorney's fees, and that this Judgment be recognized as a priority claim based upon the Federal Maritime Lien Act so that it is paid in preference and priority to all other claims of liens including any ship mortgage(s).

- 4 -

        Respectfully submitted:

        SALLEY HITE MERCER & RESOR, LLC

        */s/ Kevin Frey*
        DAVID M. FLOTTE T.A. (#1364)
        KEVIN M. FREY (#35133)
        365 Canal Street
        One Canal Place, Suite 1710
        New Orleans, Louisiana 70130
        Tel.:   (504) 566-8800
        Fax:   (504) 566-8828
        dflotte@shmrlaw.com
        kfrey@shmrlaw.com

        Counsel for Plaintiff,
        Archer Daniels Midland Company
        d/b/a ADM Grain Co.

**PLEASE SERVE AND ARREST:**

1.   **M/V STAR BIANCA,** whenever found within the jurisdiction of the Eastern District of Louisiana, with the Complaint in Intervention.